United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON HENLEY,

    Plaintiff,

v.

BAYER CORPORATION, et al.,

    Defendants
_____/

No. C-10-1366 MMC

**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF MOTION TO REMAND**

On April 15, 2010, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS plaintiff to submit forthwith a chambers copy of the motion to remand, filed April 12, 2010.[1]

**IT IS SO ORDERED.**

Dated: April 16, 2010

MAXINE M. CHESNEY
United States District Judge

---

[1] The Court has received a chambers copy of all other filed documents.